IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MILLENNIUM MARKETING GROUP, LLC**                                              **PLAINTIFF**

**VS.**                              **NO. 4:05CV00948**

**BKD,LLP and DOES NOS. 1,2,3,4,5 and 6**                                          **DEFENDANTS**

and

**REPUBLIC BANK & TRUST**                                        **THIRD PARTY DEFENDANT**

### ORDER

After consideration of the motion to admit counsel Donald P. Pape *pro hac vice*, and it appearing to the Court that he meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED this 15th day of August, 2005.

_____
James M. Moody
United States District Judge